**Mahvash A. BEYGHI and Aramesh Nazari, Appellants,**

v.

**SAFECO INSURANCE CO. OF ILLINOIS, et al., Respondents.**

No. WD 75306.

Missouri Court of Appeals, Western District.

April 30, 2013.

Rehearing Denied May 28, 2013.

James E. Kiley, Jr., Overland Park, KS, for appellants.

Leonard R. Frischer and Darya V. Lyeshchenko, Overland Park, KS, for respondents.

Before Division Two: ALOK AHUJA, Presiding Judge, and KAREN KING MITCHELL and CYNTHIA L. MARTIN, Judges.

**Order**

PER CURIAM:

Mahvash Beyghi and Aramesh Nazari (Appellants) appeal the trial court's dismissal, with prejudice, of their petition that alleged claims of negligence, fraud, and negligent misrepresentation against Safeco Insurance Company of Illinois and its employee, Michael Bonds (Respondents). Appellants claim that the trial court erred in granting the dismissal on a motion for reconsideration without permitting them to file an amended petition. We affirm. Rule 84.16(b).

■

**Anthony J. LEWIS, Respondent,**

v.

**STATE of Missouri, Appellant.**

No. ED 98373.

Missouri Court of Appeals, Eastern District, Division Four.

April 30, 2013.

Chris Koster, Atty. Gen., Richard A. Starnes, Asst. Atty. Gen., Jefferson City, MO, for appellant.

Gwenda R. Robinson, St. Louis, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

**ORDER**

PER CURIAM.

The State appeals the order of the Circuit Court of St. Louis County granting, without an evidentiary hearing, the Rule 24.035 motion for post-conviction relief filed by the movant, Anthony Lewis. We have reviewed the parties' briefs and the record on appeal and find no clear error. Rule 24.035(k). An opinion would have no precedential value. We have provided the parties with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the motion court's order granting the movant's Rule 24.035 motion for post-conviction relief. Rule 84.16(b)(2).